In the Matter of ONTARIO COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent, v MARC WINKLER, Appellant, et al., Defendant.

Submitted July 6, 2010; decided September 14, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine an action or proceeding within the meaning of the Constitution.

In the Matter of RICHARD PADILLA, Appellant, v RAYMOND KELLY, as Police Commissioner of the City of New York, Respondent.

Submitted June 28, 2010; decided September 14, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GILBERT O. CAMERON, Appellant, v DORA B. SCHIRRO et al., Respondents.

Submitted June 28, 2010; decided September 14, 2010

Motion, insofar as it seeks leave to appeal from the order of the Appellate Division, dismissed for nonfinality; motion, insofar as it seeks leave to appeal from the May 2010 order of Supreme Court, dismissed upon the ground that no motion for leave to appeal lies to the Court of Appeals directly from that order. Any appeal from such order, if available, would be to the Appellate Division.